CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 JUL -7 P 4: 03

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

Dr. Maja J. Buj, M.D.

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Psychiatry Residency Training Rutgers Newark Medical School Postgraduate on the Job Academic Treaty.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes  ☒ No
*(check one)*

2

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dr. Maja J. Buj, MD
Street Address: 813 Municipal Plz, PO Box 1862
City and County: Bloomfield,
State and Zip Code: NJ 07003
Telephone Number: 646.966.3410
E-mail Address: bujmaja@gmail.com
majse.buj@nyumc.org

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Psychiatry Residency Training
Job or Title (if known): PGY-1 Physician in Training
Street Address: 183 S. Orange Ave. Behavioral Health Sciences Building
City and County: Newark, Essex County
State and Zip Code: NJ, 07101
Telephone Number: (Administrator: Ifeluche Nwaro 973.972.5401)
E-mail Address (if known):

Defendant No. 2

Name: Zeynep Ozenci, MD
Job or Title (if known): PGY-4 Trainee, Graduate of Turkey, Ismir, Med School
Street Address: The Same As Above
City and County: Newark, Essex

3

State and Zip Code: NJ, 07101
Telephone Number: —
E-mail Address (if known): zeynep.orenci@gmail.com

Defendant No. 3
Name: Tsering/Tshering Bhutia, MD
Job or Title (if known): Trainee, Med Graduate of India, Med. School
Street Address: 183 S. Orange Ave.
City and County: Newark, Essex County
State and Zip Code: NJ, 07101
Telephone Number:
E-mail Address (if known): 973.972.4670 /Office of Residency Training

Defendant No. 4
Name: Rashi Aggarwal, MD
Job or Title (if known): Asst. Program Director
Street Address: 183 S. Orange Ave.
City and County: Newark, Essex County
State and Zip Code: NJ 07003
Telephone Number: 973.972.8339; 650.787.0721
E-mail Address (if known): aggarwra@njms.rutgers.edu

Defendant No. 5 & 6: Wajid Hussain, MD - Trainee
                     Wajeeb Hussain, MD - PD
                     973.972.4688; 732.235.4402

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:
Name: Rutgers - School of Medicine, Newark, NJ Psychiatry Residency Training
Street Address: 183 S. Orange Ave. Behavioral Health Sciences Building
City and County: Newark, Essex
State and Zip Code: NJ 07101
Telephone Number: 973.972.4670 /Office of Residency Training

4

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [✓] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [✓] Relevant state law *(specify, if known)*: N.J.    ADAAA

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [✓] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
June 9, 2016 & June 10, 2016; November 18, 2016 & December, 2016; January & Feb, 2017; April 3, 2017

C. I believe that defendant(s) *(check one)*:

- [✓] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [✓] religion _____
- [✓] national origin _____
- [✓] age. My year of birth is 1960. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [✓] disability or perceived disability *(specify disability)*
  Spine: Posttraumatic arthritis; 2012-2016
  Former: Linguicism (upon Immigration from former Yugoslavia)
  Past: Complicated grief/after NATO Airstrikes over Bel.

6

*[Margin note, left side, vertical:]* 3 (three) were hired as different time. Please read attached letter are three more notes shouted [illegible] finally by Wajid Hussain, MD

*[Top circled annotation:]* "old graduate" regardless

*[Right margin notes:]* USMLE licensing Dec 2015. FSMB exam 2016 for physician indep. practice

E. The facts of my case are as follows. Attach additional pages if needed.

* On June 9th, 2016 I was denied employment via Email. on June 10th, 16 I was told "my credentials were very good, But "I was an old graduate." I immigrated prior to NATO Air strikes over Belgrade, and I already practiced over 10 yrs. in former Yugoslavia. Also, I had disability related gap/spine since 2009-2010, approved documented and My Physician in Training Restart in US has been approved by DVRS. Gov. NJ

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

*[Right side notes:]* Retaliation — view list due to clear favoritism of (Taiwan) India's group Representatives

* On November 18, 2016 Dr. Agrawal Asst.PD., grad. of India, moved me away from the Inter "Retaliation"

IV. Exhaustion of Federal Administrative Remedies

*[Margin note:]* Finally I was asked about my religion.

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date) April 5, 2017

B. The Equal Employment Opportunity Commission (check one):

☐ has not issued a Notice of Right to Sue letter.
☑ issued a Notice of Right to Sue letter, which I received on (date) 04/12/2017.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☑ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

7

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(2) Also there is no amount of money that can buy my loved profession.

(1) Based on the informations that I received by now, and by perceived humiliation/discrimination based on the statement "old graduate" (regardless academic achievements in the US and disability and immigration related gap in by already existed physician's practice overlooked in former postdate? My honor, dignity, credibility, a.k.e professional reputation have been (tired) compromised (by defendant) and professional identity too.

defendant's (the training site) biased attitude towards disability related gap in the past

I lost one year of physician (psychiatrist) clinical work.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/07, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff  Dr. Maja J. Buj, MD

8

**B.** **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |