EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Maja J. Buj
13 Municipal Plaza
P.O. Box 1862
Bloomfield, NJ 07003

From: Newark Area Office
283-299 Market Street
Two Gateway Center, Suite 1703
Newark, NJ 07102

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 524-2017-00630 | Rayba Watson, Enforcement Supervisor | (973) 645-6021 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

John Waldinger,
Area Office Director

APR 0 6 2017
*(Date Mailed)*

Enclosures(s)

cc: David Cohen
Associate VP & Sr. Counsel
RUTGERS UNIVERSITY
Liberty Plaza/335 George Street, 2nd Fl.
New Brunswick, NJ 08901

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

William P. McGovern
Investigator
(973) 645-2624

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 524-2017-00630 |

New Jersey Division On Civil Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Maja J. Buj | | 1960 |

Street Address: 13 Municipal Plaza, P.O. Box 1862, Bloomfield, NJ 07003

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| RUTGERS | 500 or More | |

Street Address: 169 College Avenue, New Brunswick, NJ 08901  *lub-Ocupy*  185 S. Orange Ave., Newark, NJ 07103

DISCRIMINATION BASED ON (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN  ☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION  ☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-09-2016   Latest: 06-09-2016
06-10-2016
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I applied for the position of Physician (PGY-1 On-the-job training in Psychiatry). I was placed on the waitlist on October 14, 2016. I was never contacted about the position, however I was removed from the list on November 16, 2016.

Throughout the application process I was asked questions about my religion, my age, my disability, and my national origin.

Based on the above information I believe I have been discriminated against on the basis of age, disability, national origin, and religion in violation of the Age Discrimination in Employment Act, the Americans with Disabilities Act, and Title VII of the Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Apr 05, 2017
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)



**U.S. Equal Employment Opportunity Commission**
**Newark Area Office**

283-299 Market Stree[t]
Two Gateway Center, Suite 1703
Newark, NJ 07102
(973) 645-4684
TTY (973) 645-3004
Fax: (973) 645-4524

Respondent: RUTGERS
EEOC Charge No.: 524-2017-00630
FEPA Charge No.:

April 5, 2017

Maja J. Buj
13 Municipal Plaza
P.O. Box 1862
Bloomfield, NJ 07003

Dear Buj:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

- [X]  Title VII of the Civil Rights Act of 1964 (Title VII)
- [X]  The Age Discrimination in Employment Act (ADEA)
- [X]  The Americans with Disabilities Act (ADA)
- [ ]  The Equal Pay Act (EPA)
- [ ]  The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3) Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to New Jersey Division On Civil Rights P.O. Box 46001 31 Clinton Street 3rd floor Newark, NJ 07102 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

# NEW JERSEY DIVISION ON CIVIL RIGHTS

## Discrimination Complaint Pre-Interview information

No. **2**    Time Arrived **12:00 p.m.**    Time Taken _____

Name: **Maja J. Buj**     Date **04/06/2017**

Address **81 Berkeley Ave., F.2**    Telephone# (H) **646.966.3410**

**Bloomfield, NJ 07003**    (C) **646.966.3410**

E-Mail: **bujmaja0@gmail.com** opt.: **(maja.buj@nyumc.org)**

                          973.972.4688
                          973.972.604?
**WHO DISCRIMINATED AGAINST YOU?**    973.972.4538
**NAME AND ADDRESS OF EMPLOYER, LABOR ORGANIZATION, HOUSING**
**OWNER, REAL ESTATE AGENCY OR PLACE OF PUBLIC ACCOMMODATION:** 973.972-7104
                                                   973.972.1648

Name **Rutgers State University, NJ Medical School Postgraduate Year 1 (PGY-1) Training** Telephone# **(Psychiatry PGY Training)**

Address **Education/Employment on the Job Training Program**
**185 South Orange Ave., Newark**

City **Newark**    County **Essex**    State **NJ**    Zip Code **07103**

Exact or approximate date of discrimination **Nov. 18, 2016**
Is this discrimination continuing? If yes, when did it begin? **It has been continuous. 08/9 - 06/10/2016**

| HOUSING REFUSAL TO: | PUBLIC ACCOMMODATION DENIED: | EMPLOYMENT |
|---|---|---|
| __ RENT | __ APPLICATION | __ DISCHARGE |
| __ SHOW | __ ACCOMMODATION | __ DIFFERENTIAL TREATMENT |
| __ SELL | __ SERVICE | X HIRING (+) X TRAINING |
| __ FINANCE | __ MEMBERSHIP | __ UPGRADING __ LAYOFF |
|  |  | __ DIFFERENTIAL PAY |

BASIS OF DISCRIMINATION (Check the area which describes your problem)

| | | |
|---|---|---|
| __ AFFECTIONAL OR SEXUAL ORIENTATION | __ FAMILIAL STATUS | X NATIONAL ORIGIN |
| X AGE | __ FAMILY LEAVE | X NATIONALITY |
| X ANCESTRY | __ GENDER IDENTITY or EXPRESSION | X PHYSICAL DISABILITY |
| __ CIVIL UNION STATUS/ DOMESTIC PARTNERSHIP | __ LIABILITY FOR MILITARY SERVICE | __ RACE |
| __ COLOR | __ MARITAL STATUS | __ REPRISAL |
| X CREED (RELIGION) | __ MENTAL DISABILITY | __ SEX __ PREGNANCY |
| | | __ VISUAL IMPAIRMENT |
| | | X OTHER |

1) On February 13, 2017 IDY IPE : Professional Goal PGY-1 Edu/Employment on the Job Training has been approved along with the Sponsorship by DVRS State of NJ). DoL.gov. The sponsorship pertains to the Educational Component of the requested academic Training. I emailed SoM CEO + Dean on April 3, 2017 - explained the need: No response

How did you learn about the NJ Division on Civil Rights before coming here today? Please check all that apply.

a. ✓ Division on Civil Rights' Website
b. ___ Word of mouth
c. ___ Public Service Announcement
d. ___ Viewed literature or printed material/newspaper article
e. ___ Attendance at public event (Please specify) - _____
f. ✗ other (Please specify) - DRNJ /Ms Susan Head / Allie Lowe-Reid, Pt BS Director

(1.) What problem brings you here today? Please give a brief detailed answer.

I have met requirements for the PGY-1 Academic Skill Training - On the Job Training that is Education/Employment Pairing/job for physicians in order to practice and to get the NPI /National Provider Identifier that has been the only way I can perform my job for which I have been qualified as per Recent Credentials and Federation of States Medical Board Exam/passed in 1st attempt 2015, December etc. the Particular Training Program and three employees told me that I have been "old graduate" with gap /spine Related disability gap of 8 years

2. Have others done what you have done and been treated the same as you? Please list their names and tell us what each did.

I have been an unique applicant: nontraditional Qual (they asked me about my Religion) - I did not want that Because I representative of disadvantaged minority considering age been immigration history and Spoke/ disability related gap spent in public assistance) and history of previous continuous (with no interruptions Physician Clinical Work in Belgrade/in the Past)

3. Have others done what you have done and not been treated the same as you? Please list their names and tell us what each did.

Yes, other applicants also have US Medical Doctor Certificate as I do but they are in late 20's and early 30's and do not have disability related gap that I have/also they are have been accepted into Training Program.

4. Are there company rules which pertain to what was done? If so, what are the rules and how do you know about them?

No there are no advertised "published" "rules" pertaining to specific criteria/requirements to get accepted into the PGY-1 Training such as age cut off, or year of graduation, nor disability related gap. But that has been exercised obviously.

5. Are problems such as yours dealt with by the company in a consistent manner?
   Yes ___ No ___
   How are they dealt with?

I do not know. But observing the photos of accepted trainees/physicians in-training and observing my self and my profile (and European — not Indian and non Islamic) It has been self explanatory! Background.

6. Is there a union?         Yes ___ No ___
   Are you a member?     Yes ___ No X

7. Have you filed a grievance with your union?
   Yes ___ No X
   What is the status of your grievance?

   N/A

8. Do you know whether the Respondent has any public/government contracts?
   If so, please check all that apply.
   ? local city/municipal   ? county   X state (w/DoL)   X federal with Medicaid (who provides the funds for the PGY-1 Physician Training)

9. Did you take any written or oral test when you applied for the position? *prior I*
   Yes _X_ No ___
   If so, please describe the test.
   United States Medical Licensing Exam 1 /9hrs Nov. 2011 USMLE 1
   United States Medical Licensing Exam 2 CK Clinical June 2013
   Clinical Skill Test w/ Patient 2 CS practical Sept. 2014
   Federation of States Medical Lic Board Exam USMLE 3 for independe[nt]
   ( designed and required for Trainees during PGY ) physician practice

10. Did you pass the test?   Yes _X_ No ___

11. Did you complete any forms asking for your permission to conduct a credit history background check?   Yes ___ No _X_

12. Did you complete any forms asking for your permission to conduct a criminal background check?   Yes ___ No _X_   ( I did it for NYU School of Medicine "Clearance" for Volunteer Work )

13. Did the job application form ask any of the following questions? Please check all that apply.
    Have you ever been?   Arrested _✓_ Convicted of a crime ___   on ERAS application.

14. Separate from the actual job application form, did anyone at any time in the employment process ask you any of the following questions? Please check all that apply.
    Have you ever been?   Arrested ___ Convicted of a crime _/_   No.

15. If you were not hired or if you were terminated did the respondent tell you that the action was related to the results of a criminal background and/or credit history check? If yes, please explain what you were told and by whom.

    N/A

**The State of New Jersey**

Department of Law & Public Safety
Office of the Attorney General

Maja J. Buj, M.D.

13 Municipal Plz.
P.O. Box 1862

Bloomfield, NJ 07003

ph.: 646.966.3410

e-mail: bujmaja@gmail.com
opt.: maja.buj@nyumc.org

**To Director of the Division on Civil Rights Mr. Craig Sashihara, J.D.:**

I visited Office in Newark, Essex County on April 6, 2017 and I filed the Discrimination Complaint Pre-Interview information. The events that I have perceived as discriminative and humiliating have been multi component and separated in time and space but all refer to the same respondent: Rutgers State University Newark School of Medicine Office for Post Graduate Training (Academic Skill Employment/Education on-the-job-training in Psychiatry PGY-1 for Board Certified physicians – the only mode to re-apply physician clinical work and to receive National Provider Identifier and to continue with lifelong learning, in my case to re-start after the period of disability related gap). I am Naturilized US Citizen, a native of Former Yugoslavia, Belgrade and Croatia, where I served as a physician continuously with no gap). I have been advised by Ms. Aida Rawlins, intake counselor to type this letter due to errors on the complaint filed with EEOC on April 4th, 2017. The intake administrator presented two separated events as one event.

The last and most recent Event 3 commenced this month of April, 2017 and is not related to the Event 1 dated June 9 and June 10, 2016 that I filed solely with EEOC neither to Event 2 dated November, December 2016 that EEOC mistakenly merge together with the Event 1.

2.

Event 2 dated November 18, 2016 and December 2016 that EEOC mistakenly placed under the same event with the one in June, 2016 and IT WAS NOT.

On November 18, 2016 Dr Rashi Aggarwral Assistant Director of the Training Program moved me away from the waiting list where Selection Committee placed me during regular ERAS matching season. NOTE: that previous advertisement in June, 2016 WAS NOT REGULAR a.k.a DURING MATCHING SEASON AND IT WAS for ONE person.

1.

Assistant Director of the Training Program somehow made an "error" in the correspondence to Program Director and to me writing that I have selected to be on the wait list instead of that I have been selected by Selection Committee to be on the wait list. I expressed concerns to School of Medicine Deans Office and she moved me away from the list.

Secondly, when I asked what was my number on the wait list no one emailed me back, but the Graduate from India Anup Deshpande on J visa knew somehow that he was number 15 or so for the Match list ( we share the same research office at NYU ). He got an interview while I was awaiting politely to be contacted. I heard from residents trainees that Dr. Aggrawal has favored all Grads from India or of India ancestors to available interview slots.

Besides the country of origin the interviewed candidate was in early 30s and without disability related gap, like all other Trainees. Do not belong to protected category.

Soon after this on December 16, 2017 I was told by one resident that I spoke to when I visited lecturing in a big auditorium, that they/the Program do not want to train old graduates who have a longer gap particularly not Foreign Medical Graduates. I do not know her name but she was graduate from India. The other Resident Trainee from Turkey told me that my credentials were very good but that I was an OLD graduate and not to talk about my situation and to go to Starbucks for work. I had longer spine related disability gap. As for the one test repeated attempt: each component of Board exams is allowed five times to be taken, I passed my Federation of States Medical Board Step 3 in December 2015 and Step 2 Clinical knowledge on first attempt in 2013 and had one attempt on the first one when I came as I did not know the language. The second time in November, 2011 I got a very good score. Spine orthopedic physical disability slowed me down during timed encounters with 12 patients practice test as I did not get test accommodations and I have recovered slowly but I did it perfectly three months later in 2014. My scores are around the MEAN of American Medical Schools graduates (who were not 50+, on spine related disability and on public assistance).

Event Number 3

In June, 2016 when I sensed hidden discriminative strategy against applicants for the Academic Training with disability gap, I applied for DVRS State of NJ, submitting all Academic and Medical documentation. I was approved for Services on August 11, 2016. But the specific IPE focused on PGY-1 as a professional goal along with the State sponsorship (if accepted to Training Program) was finalized with assistance of Main Office in Trenton and DRNJ on February 13, 2017 during long meeting, and in writing on April 6, 2017 in Newark.

As per that current IPE, if accepted to Program the DVRS State of NJ would provide the Sponsorship for the educational component of the Academic skill training.

I have experienced discrimination again, as on April 3rd or so I e-mailed the Program Director, Assistant Director, Chair and Ms. Morris, Program Coordinator as well as Dean Office and CEO to Dean at NJ School of Medicine that oversees all Training Programs, about the DVRs approval and sponsorship of the PGY-1 Training if accepted to Program. I asked for the opportunity to meeting with members to get interviewed and to present myself.

No response.

As disadvantaged minority representative of protected class I have perceived that as discrimination. In two previous events ( June, 2016 and Nov./Dec/2017) I have been confronted with a fact that only acceptable and welcomed trainees are the ones who are:   2.

-In late 20's – early/mid 30s

-With no disability /immigration due to personal matter/ related gap

-Non European graduates

-Non European immigrants

-mideast (and very seldom far east) first or second generation representatives in 90%.

I will enclose the email that does not truly prove what lies beneath as no one is going to write frank discriminative note. Obtaining direct evidence of discrimination policy during hiring for the Training Program is difficult. Program coordinator never responded to recent E-mail to email me an additional, beyond baseline requirements for the Training acceptance, if any. It is not advertised on the Site. Ms. Sheila Morris, PC said that Chair did not allow her to respond and that they take a complete personality, which sounds great but the Exercising hiring policy shows different strategy. In addition Residents told me some facts about the hiring policy. Hiring personal is trained (by their attorneys) not to openly express their biases and prejudices.

However, if no direct there has been a plenty of CIRCUMSTANTIAL Evidence to create a presumption of discrimination though even the Training acceptance/hiring strategy has been selfexplanatory if we pay attention to photos and names of the trainees on the Web site.

Event I

Finaly the first Event occurred in June, June 9 and 10, 2016 and that is the one I filed with EEOC on April 4, 2016, 299 days after the Event,

1. That was a very first signal that I might be excluded for Trainee position because I have been a representative of disadvantaged minority ("old graduate", 50s, orthopedic spine disability related gap, European graduate and immigrant with European non Indian and non Islamic Ancestors and native of Croatia) was :

Rejection e-mailed with considerably significant delay after I communicated Dean's Office and Dean himself and expressed my concerns due to lack of any response. I was left without any feed back from Training Program like I was a bubble.

At the same time there has been a plenty of evidence that the Program shows favoritism towards group of people where I do not belong to. Juvaria Anjum medical graduate of Hyderabad, India who belongs to the same group as Program Director Hussain Najeeb, M.D. who was graduate of Pakistan, got an interview. She has similar achievements as mine, 204 on Step 3, mine was 206, but she is not in her 50's and she has been without Disability related gap. On June 10, 2016, during the the conference that I was attending I was told that I was an old graduate (trainee resident Tshering Bhutia Graduate of India medical school) I was also asked what religion I was by trainee resident Wajid Hussain). I expressed concerns to Dean and Dean Office and I was told that I was not old for Internship/PGY-1 Training. And chair told me to apply in Fall via regular ERAS. Many Trainees Residents whose names are enclosed on the website, (as well as previous trainees Atika Zubera from Hyderabad, Tamkeen Khurshid from Pakisatan, Mahreen Faisal Raza, Humaira Shoaib graduate of Sindh medical college) belong to the same favorable group.

3.

The selected candidate in June 2016 that did not go via regular Matching was in 20-30s, and did not have disability related gap. Consenquently and reportedly no one of trainees belongs to disadvantaged protected category and no one has had longer disability related gap neither immigrated from Europe.

**This Event 1 was filed with EEOC as 299 days was already behind. And EEOC joined that No1 event with No2 event which have been absolutely 2 two separated events.**

Several friends of mine who have been experienced academic public workers, told me last year in July : " Maya, don't you think that you have been are discriminated?" At the time I could not believe that that was happening to me. I accomplished complete Residency Training in Psychiatry overseas in Europe Summa cum Laude and GPA 5.0 at the University of Belgrade School of Medicine with re certification 6 years ago, and I have Dean MSPE letter dated this January, 2017. Research at NYU SoM Psychiatry second year, publication co authorization in EJoN October 18, 2016 and now the second is coming soon. I accomplished clinical rotation with Students on January 20, 2017 here where it was possible and I already had Federation of States Medical Board exam passed on first attempt when I rotated, I received excellent evaluations from residents there.

If any additional information needed I would be more than happy to provide it.

I enclose:

-Copy of the email in November, 16; June, 16;

-Recent mails to Program and to Dean Office with no response

-DVRS Plan for Employment and Sponsorship of the Educational portion if accepted by Training Program and what did DVRS representative wrote, I have not scanned nor mailed any of these because I did not get any response but numbness from discriminative Rutgers State School of Medicine Post Graduate Academic on-the-job Training Program in Psychiatry governed by Dr. Najeeb Hussain, M.D. Graduate of Pakistan Medical School and Rashi Aggrwral M.D., Graduate of India Medical School.

-DRNJ agreement with the note that my Advocate Ms. Susan Head will be back from her deserved vacation on Monday 24, 2017.

Sincerely,

Maja J. Buj M.D.

4.

# New Jersey Division of Vocational Rehabilitation Services
## Case Narrative
### Individual Plan for Employment (IPE)

| | | | |
|---|---|---|---|
| **Participant** | Buj, Maja | | |
| **Caseload** | 254 - Blue, Cadorsil | **Case ID Number** | 150235 |

## ELIGIBILITY:

____ **1.** Eligible for Vocational Rehabilitation Services

## PURPOSE

The purpose of your IPE is to help you get a job which takes into consideration your abilities, interests and needs.

This IPE describes the services you and your rehabilitation counselor agree you need to reach your job goal. Changes may be made to this IPE if your circumstances change. This IPE may end if you do not follow through. When your IPE is completed and you have been working successfully for 90 days, you and your rehabilitation counselor will plan to close your case.

## 1. General Information

| | |
|---|---|
| **Plan Number** | 1 |
| **Signature/Start Date** | 04/06/2017 |
| **Primary Staff at Start** | Blue, Cadorsil |
| **Expected Plan End Date** | 03/2018 |
| **Supported Employment** | No |
| **Small Business Enterprise** | No |
| **Self Employment** | No |
| **Employment Goal** | PGY-1 (On-The-Job Training) |

### Reason for Selecting this Employment Goal

I explored options and feel this is a good choice.

* Consumer's resume indicated that she is a Board Certified in psychiatry in Belgrade.

* Consumer's resume indicated that she is a doctor of medicine in Belgrade and as of Board Certified Medical Doctor in U.S. Federation.

* Consumer's resume indicated that she attended the following institutions:
    1 - Institute for Psychiatry University Clinical Center in Belgrade.
    2 - University of Belgrade School of Medicine.
    3 - The Tenth Belgrade's Gymnasium.

* Consumer successfully completed her 6-week Core Psychiatry Clinical Rotation at Bergen Regional Medical Center.

* Consumer has a passing score of 227 on the USMLE Step 1 Score Report dated November 29, 2011.

* Consumer has a passing score of 234 on the USMLE Step 2 Clinical Knowledge (CK) dated March 28, 2013.

* Consumer has a passing score of 206 on the USMLE Step 3 Score Report dated December 2, 2015.

### How will this choice of employment goal lead to a job?

\* Consumer would like to enroll in a PGY-1 residency training at Rutgers State University School of Medicine (On-The-Job Training a.k.a Academic Skill Training).

\* Upon successful completion of her PGY-1 residency training program (On-The-Job Training a.k.a Academic Skill Training), consumer would be eligible to pursue employment as a physician.

### What steps are needed to reach the employment goal?

1. DVRS is not in position to get consumer into the PGY-1 program (On-The-Job Training a.k.a Academic Skill Training) or any other program that would require influence from this office.

2. Consumer will pursue on her own any open position in preliminary internal medicine or any other open position leading to practicing medicine as a physician general more specifically as a psychiatrist professional.

3. Consumer will investigate and do all of the background work to be accepted into the PGY-1 Program (On-The-Job Training a.k.a Academic Skill Training).

4. Should consumer be accepted in the PGY-1 Program (On-The-Job Training a.k.a Academic Skill Training), DVRS would revisit the IPE regarding sponsorship and other services.

5. Counseling and guidance will be provided in the context of DVRS policy and guidelines.

6. Consumer will submit any written materials from potential training school to this office pertaining to her acceptance and/or enrollment in the PGY-1 Program (On-The-Job Training a.k.a Academic Skill Training) for review.

7. DVR Counselor will provide consumer with support to pursue an adequate employment in her interest areas in the community.

8. DVR Counselor will assist consumer at exploring On-The-Job Training (OJT) a.k.a Academic Skill Training) training in psychiatry to compare with psychiatry jobs in New Jersey.

## 2. Planned Services

| | Phase/Description | Start Date | End Date/Event |
|---|---|---|---|
| 1 | VOCATIONAL REHABILITATION COUNSELING AND GUIDANCE | 04/06/2017 | 3/22/2018 |

Career Counseling and Guidance

**Objective of Service and How It Will Be Measured**

\* Consumer is in need of Career Counseling and guidance to achieve her employment goal as a psychiatrist.

Consumer needs to complete her PGY-1 Program before exploring employment in her areas of interest.

**My Chosen Provider**     DVR Counselor

### Estimated Planned Service Costs

| | |
|---|---|
| Participant | $0.00 |
| Others/Comparable Benefit | $0.00 |
| Agency | $0.00 |
| Source to be Determined | $0.00 |
| **Total Service** | **$0.00** |

### Source of Comparable Benefits
None

### Needs and Evaluation Criteria
None

### How were these services arranged or chosen?
1 - DVR Counselor and Consumer are in agreement.

### Estimated Plan Costs

| | |
|---|---|
| Participant | $0.00 |
| Others/Comparable Benefit | $0.00 |
| Agency | $0.00 |
| Source to be Determined | $0.00 |
| **Total Plan** | **$0.00** |

### Describe the participant responsibilities towards the cost of the plan and securing comparable benefits.
1. Should consumer be accepted in the PGY-1 Program (On-The-Job Training a.k.a Academic Skill Training), DVRS would revisit the IPE regarding sponsorship and other services.

## 3. Participant Responsibilities

### Participant Responsibilities
I have a responsibility to return any equipment purchased for me by the agency if I no longer use it
I understand that it is my responsibility to complete this plan and I will inform my counselor of choice.
I understand the importance of attendance and punctuality.
I will achieve satisfactory academic progress.
I will apply for financial aid each academic year.
I will attend all scheduled meetings and appointments.
I will consistently look for employment.
I will cooperate with all job placement efforts.
I will follow my treatment program.
I will follow-up on all employment leads provided.
I will not quit my program or make any changes without contacting my counselor first.
I will report any address or telephone number change to my counselor immediately.
I will take my medications as prescribed.
Maintain monthly contact with VR staff
Tell staff about changes affect your Plan

### Other Comments
See steps needed to reach employment goal.

## 4. Plan Documentation

### Criteria for evaluating progress towards my (participant) employment goal
1. Consumer will meet with DVR Counselor to discuss job search and/or PGY-1 program (On-The-Job Training a.k.a Academic Skill Training) progress and related problems.

### How often will progress towards my employment goal be reviewed?
1. Consumer will maintain regular contact with DVR Counselor for updates on her employment goal.

2. DVR Counselor will meet face-to-face with consumer quarterly to discuss progress and related problems.

**Other Comments**

## 5. Terms and Conditions

### Post-Employment Services

I have been informed of the availability of post-employment services. An assessment of my need for post-employment has been made. It is expected that I (will) (will not) need post-employment services.

## 6. RIGHTS AND RESPONSIBILITIES UNDER THE REHABILITATION ACT

This is a summary of your rights and responsibilities as they apply to the Individual Plan for Employment you and your counselor have developed. You will be expected to do some things yourself, but DVRS will help. Throughout the rehabilitation process, you and your vocational rehabilitation counselor will coordinate a program of counseling and services aimed at helping you get a job.

**YOUR INDIVIDUAL PLAN FOR EMPLOYMENT** shows what will be done who will do it and how you can tell if you've made progress toward your employment outcome. These plans may be changed if money or programs are limited or if your situation changes. You and your counselor will go over your Plan at least once a year or more often, as needed.

**DVRS RESPONSIBILITIES** are described as part of your written Employment Plan. In addition, DVRS will:
1. Recognize a parent, friend, or advocate as your representative;
2. Keep information confidential;
3. Arrange timely appointments;
4. Help you to receive the services you need without undue delay;
5. Help you plan how costs of services will be paid;
6. Arrange to pay those costs that your counselor agrees will be paid by DVRS;
7. Help you find a job.

**YOUR RESPONSIBILITIES** are also described as part of the written Plan. They are important to the success of the Plan. You will also need to:
1. Keep your counselor advised of any changes in your address, phone number and how you can be reached;
2. Keep appointments;
3. Follow medical and treatment recommendation;
4. Help your counselor get reports, grades and other needed information;
5. Maintain satisfactory performance and regular attendance;
6. Accept services from any vendor only with written authorization;
7. Tell your counselor of any changes in your income or needs;
8. Contribute to the cost of some services if resources are available;
9. Apply for and use assistance from other sources that could pay for services in your plan;
10. Tell your counselor of any major changes in your health or ability to carry out this plan;
11. Go to work when you have completed your plan;
12. Tell your counselor when you get a job; and
13. Where you are working, your job title and salary.

This IPE will help me to achieve my employment outcome. My counselor and I chose my vocational outcome based on my abilities, capabilities, interests, needs, strengths and resources. We jointly decided which services will help me achieve this outcome based on available information and an evaluation of my rehabilitation needs and career interests. I was informed about and involved in choosing my service provider.

**YOUR VIEWS:**

*This IPE is fair, maybe shall be more specific. But at this point it is acceptable. I do consider further productive cooperation with DVRS for achieving the professional goal that has been defined.*

I have reviewed my IPE with my counselor and I understand my rights and responsibilities. If I disagree with a decision about my plan, I have the right to a timely review of the decision. I have been informed of my rights in the Review Process and have been informed that the Client Assistance Program (CAP) is available to help me.

_____  
**COUNSELOR'S SIGNATURE**

4/6/2017  
**DATE**

_____  
**CLIENT'S SIGNATURE**

04/06/2017  
**DATE**

_____  
**CLIENT'S REPRESENTATIVE SIGNATURE**

_____  
**DATE**

Services in this program are provided without regard to age, race, color, creed, gender, sexual orientation, religion, national origin or disability.